J. W. BAILEY v. BOARD OF COMMISSIONERS OF MITCHELL COUNTY.

*Practice—Filing Answer—Extension of Time—Discretion of Court.*

The Court may, in its discretion, allow an answer to be filed after the expiration of the time limited therefor.

CIVIL ACTION, heard before *Norwood, J.*, at Fall Term, 1896, of MITCHELL Superior Court, which was the Trial Term for the action. The Judge holding the previous term of the court had allowed defendants sixty days to file answer and an extension had been granted by plaintiff's counsel, who wrote, "You must file it before court." The answer was filed on Tuesday of the first week of court, being the day on which the court was opened. His Honor gave judgment for want of an answer, holding, as a matter of law, that he had not the power, under the circumstances, to grant further time. The defendants appealed.

*Mr. E. J. Justice*, for defendants (appellants).
No counsel, *contra*.

*Per Curiam:* Reversed.    See *The Code*, Section 274.